UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Magistrate No. 07-511 |
| : | |
| **v.** : | |
| : | |
| **LATOYA BRIDGEFORTH,** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Timothy J. Kelly**, at telephone number **(202) 353-8822** and/or email address Tim.Kelly@usdoj.gov. **Timothy J. Kelly** will substitute for Assistant United States Attorney Angela S. George as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

             /s/
**Timothy J. Kelly**
**Assistant United States Attorney**
**D.C. Bar No. 462459**
**Federal Major Crimes**
**555 4th Street, NW, Room 4233**
**Washington, DC 20530**
**(202) 353-8822**