UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-0511M-01 (CR) |
| | : | |
| LATOYA BRIDGEFORTH, | : | VIOLATION: 18 U.S.C. §844(e) |
| Defendant. | : | (Maliciously Conveying False Information) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about September 10, 2007, within the District of Columbia, **LATOYA BRIDGEFORTH**, by means and use of an instrument of commerce, that is, the telephone, maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to unlawfully damage or destroy an office building located at 80 M Street, S.E. Washington, D.C., by means of fire and explosives, in violation of Title 18, United States Code, Section 844(e).

(**Maliciously Conveying False Information**, in violation of Title 18, United States Code, Section 844(e))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
TIMOTHY J. KELLY
Assistant United States Attorney
Bar No. 462459
Federal Major Crimes Section
555 4th Street, N.W., Room 4233
Washington, D.C. 20530
(202) 353-8822
Tim.Kelly@usdoj.gov