UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-319 |
| v. : | |
| : | |
| LATOYA BRIDGEFORTH, : | |
| : | |
| Defendant. : | VIOLATION: 18 U.S.C. § 844(e) |

## STATEMENT OF OFFENSE

On September 10, 2007, the Defendant Latoya Bridgeforth was employed as a receptionist at L3 Communications, one of a number of tenants within an office building located at 80 M Street, S.E., Washington, DC. On that date, the Defendant called Piedmont Realty Trust, the building manager of 80 M Street, at approximately 10:45 a.m. and 10:51 a.m. On her first call, the Defendant, attempting to disguise her voice, stated that there was a bomb in the building, and hung up. On the second call, the Defendant, again attempting to disguise her voice, stated that "my wife left me, I'm going to bomb the building." The Metropolitan Police Department was summoned and the building was evacuated. A search revealed no explosives in the building.

On September 11, 2007, the Defendant again called Piedmont Realty Trust approximately five times, at least twice threatening to bomb 80 M Street, S.E. Again, law enforcement responded and the building was evacuated and no explosives were located in the building.

On September 12, 2007, the Defendant made several calls to two other tenants located within 80 M Street, S.E., BAE Systems and CACI. In the calls to CACI, the Defendant again threatened to blow up the building. In the calls to BAE Systems, the Defendant asked the individual who answered the phone if she was ready to die.

On October 1st, 2nd, 5th, and 18th, 2007, the Defendant made similar calls to either

Piedmont Realty Trust, BAE Systems, or CACI, threatening to bomb the building or kill those inside, claiming to be inside the building with a bomb strapped to her body, or claiming to have put gas in the ventilation system of the building. The Defendant made a total of approximately thirty threatening phone calls on these dates. The building was evacuated again on October 1.

The Defendant made these calls both from her cell phone and from the phone at her desk at L3 Communications.

JEFFREY A. TAYLOR
United States Attorney

By: _____
TIMOTHY J. KELLY
Assistant United States Attorney
D.C. Bar # 462459
United States Attorneys Office
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
Tim.Kelly@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney, Lara Quint, Esquire. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11/30/07

_____
LATOYA BRIDGEFORTH
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/30/07

_____
LARA QUINT, ESQUIRE
Assistant Federal Public Defender
Attorney for Defendant