AO 455 (Rev. 5/85) Waiver of Indictment



# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Latoya Bridgeforth | WAIVER OF INDICTMENT<br><br>FILED<br>NOV 30 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>CASE NUMBER: 07-319 |

I, __Latoya Bridgeforth__, the above named defendant, who is accused of

__making threats, in violation of 18 USC § 844(e),__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __November 30, 2007__ prosecution by indictment and consent that the

*Date*

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer