UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO. 07-319 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| **LATOYA BRIDGEFORTH,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Opher Shweiki**, at telephone number **(202) 353-8822** and/or email address Opher.Shweiki@usdoj.gov. **Opher Shweiki** will substitute for Assistant United States Attorney Timothy J. Kelly as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
**Opher Shweiki**
**Assistant United States Attorney**
**D.C. Bar No. 458-776**
**Federal Major Crimes**
**555 4th Street, NW, Room 4233**
**Washington, DC 20530**
**(202) 353-8822**