**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Cr. No. 07-319 (RWR)** |
| **v.** ) | |
| ) | |
| **LATOYA BRIDGEFORTH** ) | |
| _____) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Latoya Bridgeforth, through undersigned counsel, respectfully moves this
Honorable Court to continue the sentencing currently scheduled for February 11, 2008 at 12:30
p.m. In support of this motion, Ms. Bridgeforth states as follows:

Based on conversations with Ms. Bridgeforth, counsel believes a mental health evaluation
is necessary and would be helpful to the Court.   After some initial problems due to the holiday
season, counsel has secured the services of a psychiatrist to evaluate Ms. Bridgeforth.  While it
appears the doctor will be able to visit Ms. Bridgeforth prior to the scheduled sentencing date,
she will not be able to produce a report outlining her findings before that time.  Because counsel
believes that she can more effectively represent Ms. Bridgeforth at sentencing with a deeper
understanding of her client's mental health status, and because counsel also believes that the
Court could benefit from a professional evaluation, counsel asks that Ms. Bridgeforth's
sentencing be continued.   Counsel believes a sentencing date in late March would be
appropriate.[1]

Counsel has consulted with counsel for the government and the latter has no opposition to

---

[1] As counsel will be in trial four days a week during the month of March, counsel requests
that the sentencing hearing be scheduled on a Friday.

the current motion.

      For the reasons set forth above, counsel asks the Court to continue the sentencing currently scheduled for February 11, 2007.


                      Respectfully submitted,


                      A.J. KRAMER
                      FEDERAL PUBLIC DEFENDER


                      _/s/_____
                      Lara G. Quint
                      Assistant Federal Public Defender
                      625 Indiana Avenue, N.W., Ste 550
                      Washington, D.C.  20004
                      (202)  208-7500

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA )** | |
| ) | **Cr. No. 07-319 (RWR)** |
| **v.                )** | |
| ) | |
| **LATOYA BRIDGEFORTH       )** | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing, it is by

the Court hereby

ORDERED that the motion is GRANTED, that the sentencing date of February 11, 2008

is VACATED, and that sentencing is scheduled for _____, 2008.  Pursuant to this

order, sentencing memoranda shall be filed no later than _____, 2008.

SO ORDERED.


_____                    _____
DATE                                     RICHARD W. ROBERTS
                                         UNITED STATES DISTRICT JUDGE