IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB - 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
                         )
            v.           )   Cr. No. 07-319 (RWR)
                         )
LATOYA BRIDGEFORTH       )
_____)

## ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing date of February 11, 2008 is VACATED, and that sentencing is scheduled for March 7, 2008 at 4:00 p.m. Pursuant to this order, sentencing memoranda shall be filed no later than February 29, 2008.

SO ORDERED.

_2-5-08_  
DATE

_/s/ Richard W. Roberts_  
RICHARD W. ROBERTS  
UNITED STATES DISTRICT JUDGE